

FILED 10/19/2023 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Oct 19, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **23CR562** |
| v. ) | |
| PRINCE ROBERSON ) | Violation: Title 18, United States Code, Section 922(g)(1) |

JUDGE LEFKOW
MAGISTRATE JUDGE KIM

The SPECIAL JANUARY 2023 GRAND JURY charges:

From on or about April 21, 2022 through on or about April 25, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

PRINCE ROBERSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Springfield Armory pistol, Model XD-45ACP, bearing serial number GM417334, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Springfield Armory pistol, Model XD-45ACP, bearing serial number GM417334, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Erica Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY